CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 27 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 7:07CR00079 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JODY ALTON SMITH, SR., | ) | By: Hon. James C. Turk |
| MARGARET SMITH. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Defendants' post-trial motions will be **GRANTED** in part and **DENIED** in part. The Court **GRANTS** Margaret Smith's motion for judgment of acquittal (Dkt. No. 229) as to Counts 13, 16, 19, and 22-28; conditionally **GRANTS** Margaret Smith's motion for a new trial (Dkt. No. 228) as to Counts 13, 16, 19, and 22-28; and **DENIES** Margaret Smith's motions in all other respects. The Court **GRANTS** Jody Smith's motion for judgment of acquittal (Dkt. No. 234) as to Counts 13-28; conditionally **GRANTS** Jody Smith's motion for a new trial (Dkt. No. 234) as to Counts 13-28; and **DENIES** Jody Smith's motions in all other respects.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTER: This 27th day of April, 2009

Senior United States District Judge